

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Cody Adam Alvarez,

\* From the 42nd District Court
of Taylor County
Trial Court No. 26411A.

Vs. No. 11-16-00321-CR

\* September 20, 2018

The State of Texas,

\* Memorandum Opinion by Simmons, F.J.
(Panel consists of: Bailey, C.J.;
Simmons, F.J., sitting by assignment;
and Wright, S.C.J., sitting
by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.